IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV NO. 2:02cv638-T |
| | ) | WO |
| CLINT GRIFFIN | ) | |

**ORDER ON MOTION**

On August 8, 2005, the movant, Clint Griffin filed a motion for status.  (Doc. 53.)

Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for status be and is hereby GRANTED.

Griffin is hereby advised that this case is pending before the court on his 28 U.S.C.

§ 2255 motion, the response and supporting evidentiary materials filed by the government,

and Griffin's reply.  Griffin is further advised that no additional pleadings are necessary at

this time and that he will be advised of any action taken by the court in this case.

DONE, this 15th day of August, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE