IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:02cv638-T |
| | ) | (WO) |
| CLINT GRIFFIN | ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 30, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the 28 U.S.C. § 2255 motion filed by Griffin is DENIED, as the claims therein entitle him to no relief.

Done this 26th day of October, 2005.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE