```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CLINT GRIFFIN,                  )
                                )
     Petitioner,                )
                                )   CIVIL ACTION NO.
     v.                         )      2:02cv638-T
                                )         (WO)
UNITED STATES OF AMERICA,       )
                                )
     Respondent.                )
```

                            **JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) The petitioner's objections (Doc. No. 61) are
       overruled.

   (2) The United States Magistrate Judge's
       recommendation (Doc. No. 55) is adopted.

   (3) The 28 U.S.C.A. § 2255 petition for writ of
       habeas corpus (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 27th day of December, 2005.**

                                         /s/ Myron H. Thompson  
                                   **UNITED STATES DISTRICT JUDGE**